**Kauff McGuire & Margolis LLP**
**950 Third Avenue**
**Fourteenth Floor**
**New York, New York 10022**
**(212) 644-1010 (Tel)**
**(212) 644-1936 (Fax)**

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Patrick Campbell,<br><br>                              Plaintiff,<br><br>              -against-<br><br>Cellco Partnership d/b/a/ Verizon Wireless, Inc. and Patrick Devlin,<br><br>                              Defendants. | ECF CASE<br><br>Index No.  10 Civ. 9168 (SAS)(RLE) |

**NOTICE OF DEFENDANT VERIZON WIRELESS'S POST-TRIAL MOTION
FOR JUDGMENT AS A MATTER OF LAW OR,
IN THE ALTERNATIVE, A NEW TRIAL AND REMITTITUR OF DAMAGES**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law of Defendant Cellco Partnership d/b/a Verizon Wireless ("VZW") and the accompanying Declaration of Lisa E. Dayan, and the exhibits annexed thereto, and the pleadings, papers and proceedings had hereto, VZW, by its attorneys, Kauff McGuire & Margolis LLP, will move this Court before the Honorable Shira A. Scheindlin, United States District Court, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Rule 50 of the Federal Rules of Civil Procedure for judgment as a matter of law granting judgment for Defendant as a matter of law or, in the alternative, pursuant to Rule 59 of the Federal Rules of Civil Procedure, for an Order granting a new trial and for remittitur of the $200,000 in damages awarded by the

4819-9171-3551.1

jury for damages for emotional distress, granting a new trial on such damages or reducing the award to $50,000.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Judge Scheindlin's instructions, answering papers, if any, are to be served and filed on or before July 20, 2012.

Dated:  New York, New York
   June 22, 2012

Respectfully submitted,
KAUFF MCGUIRE & MARGOLIS LLP

By: s/ Raymond G. McGuire
Raymond G. McGuire (RGM-7626)
Lisa E. Dayan (LD-4491)
950 Third Avenue, Fourteenth Floor
New York, NY  10022
(212) 644-1010
mcguire@kmm.com
Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless

TO: Derek Sells, Esq.
The Cochran Firm
233 Broadway, 5th Floor
New York, NY 10279
(212) 553-9120
DSells@cochranfirm.com
Counsel for Plaintiff

4819-9171-3551.1