UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PATRICK CAMPBELL,

                  Plaintiff,

v.

CELLCO PARTNERSHIPS d/b/a VERIZON
WIRELESS, INC. and PAT DEVLIN,

                  Defendants.
------------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS**

Civil Action No.: 10-cv-9168

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Derek S. Sells and the Memorandum of Law in Support of Plaintiff's Motion by his attorneys, THE COCHRAN FIRM, will move this Court before the Honorable Shira A. Scheindlin, United States District Court, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Rule 54 (d) of the Federal Rules of Civil Procedure, granting Plaintiff's Motion for Attorneys Fees and Costs.

Dated: New York, New York
        August 23, 2012

                                            Derek S. Sells, Esq. (DS-8891)
                                            Tracey L. Brown, Esq. (TB-4094)
                                            The Cochran Firm
                                            Attorneys for Plaintiff
                                            Patrick Campbell
                                            233 Broadway, 5th Floor
                                            New York, New York 10279

To:

    Lisa Dayan, Esq.
    Ray McGuire, Esq.
    KAUFF McGUIRE MARGOLIS, LLP
    Attorneys for Defendants
    950 Third Avenue
    New York, New York 10022