UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| PATRICK CAMPBELL, | **NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS** |
| Plaintiff, | |
| v. | |
| CELLCO PARTNERSHIPS d/b/a VERIZON WIRELESS, INC. and PAT DEVLIN, | Civil Action No.: 10-cv-9168 |
| Defendants. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Derek S. Sells and the Memorandum of Law in Support of Plaintiff's Motion by his attorneys, THE COCHRAN FIRM, will move this Court before the Honorable Shira A. Scheindlin, United States District Court, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Rule 54 (d) of the Federal Rules of Civil Procedure, granting Plaintiff's Motion for Attorneys Fees and Costs.

Dated: New York, New York
August 23, 2012

_____
Derek S. Sells, Esq. (DS-8891)
Tracey L. Brown, Esq. (TB-4094)
The Cochran Firm
Attorneys for Plaintiff
Patrick Campbell
233 Broadway, 5th Floor
New York, New York 10279

To:

Lisa Dayan, Esq.
Ray McGuire, Esq.
KAUFF McGUIRE MARGOLIS, LLP
Attorneys for Defendants
950 Third Avenue
New York, New York 10022