UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICK CAMPBELL,

            Plaintiff,

- against -

CELLCO PARTNERSHIPS d/b/a
VERIZON WIRELESS, INC.,

           Defendant.
------------------------------------------------------------X

**ORDER**

10 Civ. 9168 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

        Because the parties have settled the issue of attorneys' fees and costs and voluntarily dismissed this case, plaintiff's motion for fees and costs can be closed. The Clerk of the Court is directed to close this motion (Docket Entry # 142) and this case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/12

SO ORDERED:

        [signature]
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          ~~December~~ 11, 2012
          October

## - Appearances -

**For Plaintiff:**

Derek S. Sells, Esq.
The Cochran Firm
The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
(212) 553-9120

**For Defendant:**

Lisa E. Dayan, Esq.
Kauff McGuire & Margolis LLP
950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010