Scheindlin, J

Sep 25 12 10:36a    Tony Campbell                                9149461643              p.12

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/12

Patrick Campbell,

                Plaintiff,

-against-

Cellco Partnership d/b/a Verizon Wireless, Inc. and Pat Devlin,

                Defendants.

Index No. 10 Civ. 9168

**STIPULATION OF DIMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties hereto, that the above-captioned action shall be voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with all parties to bear their own costs.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in a number of counterparts, all of which, when taken together shall constitute one instrument, and that signatures transmitted by facsimile shall be acceptable as originals for purposes of this Stipulation.

Dated: 9/25/12
New York, NY

THE COCHRAN FIRM

By: Derek S. Sells, Esq.
233 Broadway, 5th Floor
New York, New York 10279
(212) 553-9215
*Attorneys for Plaintiff*

Dated: 9-28-12
New York, NY

KAUFF McGUIRE & MARGOLIS LLP

By: Raymond G. McGuire
950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010
*Attorneys for Defendants*

SO ORDERED: _____, U.S.D.J.

10/11/12